1  Anthony Boskovich, No. 121198
   Law Offices of Anthony Boskovich
2  28 N. First Street, Suite 600
   San Jose, California 95113
3

4  408-286-5150

5  Attorney for plaintiff

6

7

8  **IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10  **SAN FRANCISCO/OAKLAND DIVISION**

11

12  HOSSEIN TABRIZI,   )
                      *Plaintiff*,   )   No. C14-01457 NC
13  v.                )
                      )   ADMINISTRATIVE
14  DEPUTY GRAY, a Contra Costa Deputy Sheriff; JOHN   )   MOTION TO CONTINUE
    DOE and RICHARD ROE, individually and in their    )   ~~PRETRIAL CONFERENCE~~
15  capacities as Deputy Sheriffs of the Contra Costa Sheriff's   )   CASE MANAGEMENT CONFERENCE
    Department, the identities and exact numbers of whom   )   Date: 25 June 2014
16  are unknown to plaintiff at this time; JANE POE, a nurse   )   Time: 10:00 A.M.
    employed in the Contra Costa jail; COUNTY OF   )   Courtroom: A (15th Floor)
17  CONTRA COSTA; DOES 1-25,   )   Judge: Honorable Nathanael
                      *Defendants*.   )   Cousins
18  _____)

19

20      Pursuant to Civil Local Rule 7-11, plaintiff requests a continuance of the initial case

21  management conference in this matter. All defendants were served in this matter on 17 June 2014,

22  with answers being due on 7 July 2014. Therefore, plaintiff requests that the initial conference be

23  continued for approximately 60 days to allow defendants to plead and for the parties to meet and

24  //

25  //

26  //

27

28  Administrative Motion to Continue
    Initial Case Management Conference                                              Page 1

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113 (408) 286-5150

1  confer.

2        The delay in service of defendants was due to a series of technology problems and a
3  calendaring error in counsel's office.

5  Dated : 23 June 2014

8                                                  /s/ Anthony Boskovich
9                                                    Anthony Boskovich
10                                                   Attorney for plaintiff

12                                                   ORDER

13       The case management conference scheduled for June 25, 2014 is continued to August 27, 2014
14 at 2:00 p.m. in Courtroom A, 15th Floor, San Francisco. A joint case management statement is due
15 August 20, 2014.

16 IT IS SO ORDERED.

18 Dated:  June 23, 2014

IT IS SO ORDERED

Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

28 Administrative Motion to Continue
Initial Case Management Conference                                                                          Page 2

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113  (408) 286-5150