SHARON L. ANDERSON (SBN 94814)
County Counsel
NIMA E. SOHI (SBN 233199)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
Email: nima.sohi@cc.cccounty.us

Attorneys for Defendant
COUNTY OF CONTRA COSTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOSSEIN TABRIZI,<br><br>    Plaintiff,<br><br>v.<br><br>DEPUTY GRAY, a Contra Costa Deputy Sheriff; JOHN DOE and RICHARD ROE, individually and in their capacities as Deputy Sheriffs of the Contra Costa Sheriff's Department, the identities and exact numbers of whom are unknown to plaintiff at this time; JANE POE, a nurse employed in the Contra Costa jail; COUNTY OF CONTRA COSTA; DOES 1-25,<br><br>    Defendants. | No. C14-01457 JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING ASSIGNMENT TO MAGISTRATE JUDGE MARIA-ELENA JAMES FOR SETTLEMENT CONFERENCE ONLY AND DECLINATION OF REASSIGNMENT TO MAGISTRATE JUDGE FOR ALL PURPOSES**<br><br>Crtrm: 5, 2nd Floor<br>Judge: Hon. Jeffery White, Presiding<br>Date Action Filed: March 28, 2014<br>Trial Date: February 1, 2016 |

## STIPULATION

Plaintiff HOSSEIN TABRIZI, by and through his attorney of record, Anthony Boskovich of the Law Offices of Anthony Boskovich, Defendant COUNTY OF CONTRA COSTA, by and through its attorney of record, Deputy County Counsel Nima E. Sohi of the Contra Costa County Counsel's Office, and Defendant DEPUTY GRAY, by and through his attorneys of record, James V. Fitzgerald, III and Noah G. Blechman of the McNamara, Ney, Beatty, Slattery, Borges & Ambacher LLP firm, having met and conferred, hereby stipulate to

the assignment of Magistrate Judge Maria-Elena James for the settlement conference in this action, to be completed by February 5, 2015. Having met and conferred, the parties did not jointly agree to a magistrate for all purposes.

    SO STIPULATED.

DATED: September 12, 2014      LAW OFFICES OF ANTHONY BOSKOVICH

By:    */s/*
    ANTHONY BOSKOVICH
    Attorney for Plaintiff
    HOSSEIN TABRIZI

DATED: September 12, 2014      SHARON L. ANDERSON, County Counsel

By:    */s/*
    NIMA E. SOHI
    Deputy County Counsel
    Attorneys for Defendant
    COUNTY OF CONTRA COSTA

DATED: September 12, 2014      MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By:    */s/*
    NOAH G. BLECHMAN
    Attorneys for Defendant
    DEPUTY GRAY

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |

Having considered the stipulation filed by the parties, and good cause appearing, the Court hereby ORDERS that the settlement conference in this action be referred to Magistrate Judge Maria Elena-James, said settlement conference to be completed by February 5, 2015.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 12, 2014            _____
                                    HON. JEFFERY S. WHITE
                                    United States District Court Judge