1  Anthony Boskovich, No. 121198
   Law Offices of Anthony Boskovich
2  28 N. First Street, Suite 600
   San Jose, California 95113
3

4  408-286-5150

5  Attorney for plaintiff

6

7

8  **IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO/OAKLAND DIVISION**

11

12 HOSSEIN TABRIZI,                                         )
                                      *Plaintiff*,         )     No. C14-01457 JSW
13 v.                                                      )
                                                           )     WRIT OF HABEAS
14 DEPUTY GRAY, a Contra Costa Deputy Sheriff; JOHN        )     CORPUS AD
   DOE and RICHARD ROE, individually and in their          )     TESTIFICANDUM
15 capacities as Deputy Sheriffs of the Contra Costa Sheriff's )
   Department, the identities and exact numbers of whom    )
16 are unknown to plaintiff at this time; JANE POE, a nurse )
   employed in the Contra Costa jail; COUNTY OF            )
17 CONTRA COSTA;  DOES 1-25,                               )
                                      *Defendants*.        )
18 _____)

19

20     **WHEREAS** the attached application was granted by the Jeffrey S. White, Judge of the

21 United States District Court for the Northern District of California, the named custodian, TIM

22 PEREZ, warden of the California Institute for Men, Chino, California,

23     **IS HEREBY ORDERED** to produce and deliver the named detainee, HOSSEIN M.

24 TABRIZI, CDCR #AR8044, before the Honorable Maria-Elena James, Magistrate Judge of the

25 United States District Court for the Northern District of California, United States Courthouse,

26 Chambers (15th Floor), located at 450 Golden Gate Avenue, San Francisco, California 94102, on 20

27

28 Writ of Habeas Corpus ad Testificandum                                                    Page 1

1  January 2015 at 10:00 A.M., and thereafter to maintain said detainee within the jurisdiction of this
2  Court pending the satisfaction of this Writ or further order of the Court.
3      In the alternative, should WARDEN PEREZ not desire to transport detainee, WARDEN
4  PEREZ may make MR. TABRIZI available by <u>confidential</u> telephone calls between the hours of
5  10:00 A.M. and 6:00 P.M. on 20 January 2015 by giving written notice to be received by this Court
6  no later than noon on 19 January 2015, and supplying a direct telephone number to counsel for MR.
7  TABRIZI where MR. TABRIZI may be contacted during those hours and at which MR. TABRIZI
8  will be available.

10  Dated: __15___ January 2015



_____
United States Magistrate Judge
Judge Maria-Elena James

28  Writ of Habeas Corpus ad Testificandum                                    Page 2