Anthony Boskovich, No. 121198
Law Offices of Anthony Boskovich
28 N. First Street, Suite 600
San Jose, California 95113

408-286-5150

Attorney for plaintiff

# IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| HOSSEIN TABRIZI,<br>                       *Plaintiff*,<br>v.<br><br>DEPUTY GRAY, a Contra Costa Deputy Sheriff; JOHN DOE and RICHARD ROE, individually and in their capacities as Deputy Sheriffs of the Contra Costa Sheriff's Department, the identities and exact numbers of whom are unknown to plaintiff at this time; JANE POE, a nurse employed in the Contra Costa jail; COUNTY OF CONTRA COSTA; DOES 1-25,<br>                       *Defendants*. | No. C14-01457 JSW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO DISMISS THE ACTION PURSUANT TO F.R.C.P. 41 |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1). Each side shall bear its own attorney's fees and costs.

Dated: 6 April 2015                                        /s/ Anthony Boskovich
                                                                                                     Attorney for Plaintiff

|   |   |
|---|---|
| | MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & BROTHERS LLP |
| Dated: April 6, 2015 | By: /s/ James V. Fitzgerald, III<br>JAMES V. FITZGERALD, III<br>Attorney for Defendant<br>DEPUTY GRAY |
| | COUNTY OF CONTRA COSTA |
| Dated: April 6, 2015 | By: /s/ Nima E. Sohi<br>NIMA E. SOHI<br>Attorney for Defendant<br>COUNTY OF CONTRA COSTA |

**ORDER**

IT IS SO ORDERED.

Dated: April 8, 2015

*/s/ Jeffrey S. White*

HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER TO DISMISS THE ACTION PURSUANT TO F.R.C.P. 41 - Case No. C14-01457 JSW

Page 2